# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1376. ODOLPH WRIGHT v. LAKETA DAVIS et al.
## A24A1377. ODOLPH WRIGHT v. LAKETA DAVIS et al.

On August 17, 2023, Odolph Wright filed a notice of appeal, seeking review of the trial court's July 17, 2023 orders dismissing two civil actions he filed against Laketa Davis and Veranda of Collegetown/Integral Properties. This Court lacks jurisdiction because Wright's notice of appeal is untimely.

A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Wright's notice of appeal was filed 31 days after entry of the trial court's July 17, 2023 orders. Accordingly, we lack jurisdiction to consider these appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/06/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                          , *Clerk.*